IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | H-10-193 |
| BAO VAN HOANG | |

### ORDER

On March 6, 2013 came on to be heard Defendant's Unopposed Motion to Continue Sentencing and the Court having considered the motion, finds that a final continuance is in the best interest of both the Defendant as well as the United States. Therefore, Defendant's motion is GRANTED and sentencing is hereby continued to May 3, 2013. Defendant's response to the revised pre-sentence report are due on March 22, 2013 and any reply by the Government is due on April 12, 2013.

Signed this 7th day of March, 2013.

MELINDA HARMON